IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Dorsey, Syreeta A

Printed: 10/22/08

Case Number: 08 B 14603
Judge: Hollis, Pamela S
Filed: 6/6/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 8, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 502.00 |  |
| Secured: |  | 469.37 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 32.63 |
| Other Funds: |  | 0.00 |
| Totals: | 502.00 | 502.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Specialized Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 2. | Specialized Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 3. | Santander Consumer USA | Secured | 0.00 | 0.00 |
| 4. | Capital One Auto Finance | Secured | 16,037.00 | 469.37 |
| 5. | Illinois Student Assistance Commission | Unsecured | 8,345.69 | 0.00 |
| 6. | Dell Financial Services, Inc | Unsecured | 2,365.79 | 0.00 |
| 7. | Merrick Bank | Unsecured | 907.03 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | 893.27 | 0.00 |
| 9. | Universal Lenders Inc | Unsecured | 1,192.56 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 2,537.04 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 451.09 | 0.00 |
| 12. | AAA Community Finance | Unsecured | 1,417.34 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 384.09 | 0.00 |
| 14. | Jefferson Capital Systems LLC | Unsecured | 1,416.43 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 547.72 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 462.79 | 0.00 |
| 17. | Capital One Auto Finance | Unsecured | 225.56 | 0.00 |
| 18. | Barclays Bank of Delaware | Unsecured |  | No Claim Filed |
| 19. | Barclays Bank of Delaware | Unsecured |  | No Claim Filed |
| 20. | Orchard Bank | Unsecured |  | No Claim Filed |
|  |  |  | $ 37,183.40 | $ 469.37 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 32.63 |
|  | $ 32.63 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Dorsey, Syreeta A | Case Number:  08 B 14603 |
| | Judge:  Hollis, Pamela S |
| Printed: 10/22/08 | Filed:  6/6/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

